AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    1:15-2228-JMC |
| Dilbag S. Khera | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

■ the plaintiff,  United States of America  recover of the defendant, Dilbag S. Khera the amount of Five Thousand, Two Hundred Forty-Three and 74/100   ($ 5,243.74) Dollars, plus costs of One Hundred Ninety-Five and 00/100   ($195.00) Dollars for a sum of Five Thousand, Four Hundred Thirty-Eight and 74/100  ($5,438.74) Dollars. Post judgment interest shall run at a rate of 0.33%.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❒   other:

❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

■ The action came before the court on the record. The Honorable J. Michelle Childs, United States District Judge presiding.  The clerk having entered default of the defendant on August 5, 2015.

Date:   August 5, 2015                                   *CLERK OF COURT*

                                                        s/Angie Snipes

                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*